UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIA RANDLE *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>MATCH GROUP, INC., MATCH GROUP, LLC, and TINDER, INC.<br><br>*Defendants*. | Case No. 22-cv-06632<br><br>The Honorable Robert W. Gettleman |

**JOINT MOTION FOR EXTENSION OF PLEADINGS SCHEDULE TO FINALIZE A CASE RESOLUTION**

The named Plaintiffs ("Plaintiffs") and Defendants Match Group, Inc. and Match Group, LLC ( "Match Group"), through their respective counsel, respectfully request that the Court grant this joint motion for a short extension of the pleadings schedule to finalize a resolution of this case. The Parties have continued to engage in productive discussions and believe that this case will be resolved in short order. In light of this fact, the Parties believe that a short extension of time would allow for the case to be resolved and remove any unnecessary misdirection of time and resources.

WHEREFORE, the Parties jointly request a short extension of the deadlines in the following manner: Match Group's responsive pleadings deadline is requested to be extended to February 6, 2023, and Plaintiffs' reply to February 27, 2023. The Parties also request that this Court grant any further relief that it deems appropriate.

Respectfully submitted,

| PLAINTIFFS | MATCH GROUP, INC. and MATCH GROUP, LLC |
|---|---|
| /s/ *Brandon Wise (by consent)* <br> Brandon Wise <br> PEIFFER WOLF CARR KANE CONWAY & WISE <br> 73 West Monroe Street – 5th Floor <br> Chicago, IL 60603 <br> (312) 833-4825 <br> bwise@peifferwolf.com | /s/ *Daniel R. Saeedi* <br> Daniel R. Saeedi <br> Rachel Schaller <br> TAFT STETTINIUS & HOLLISTER LLP <br> 111 E. Wacker Drive – Suite 2600 <br> Chicago, IL 60601 <br> (312) 840-4308 <br> dsaeedi@taftlaw.com <br> rschaller@taftlaw.com <br><br> Stephen A. Broome (pro hac vice) <br> QUINN EMANUEL URQUHART & SULLIVAN LLP <br> 865 S. Figueroa St., 10th Floor <br> Los Angeles, CA 90405 <br> (213) 443-3000 <br> stephenbroome@quinnemanuel.com |

2