# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Bria Randle, et al.

                         Plaintiff,

v.                                                    Case No.: 1:22–cv–06632
                                                      Honorable Robert W. Gettleman

Match Group, Inc., et al.

                         Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 16, 2023:

      MINUTE entry before the Honorable Robert W. Gettleman: On the court's own motion, in light of the parties' notification that the case has settled, this case is dismissed without prejudice with leave to reinstate by 3/10/2023. If a motion to reinstate is not filed by 3/10/2023, the dismissal will automatically convert to with prejudice without further order of court. Telephonic hearing set for 2/21/2023 is stricken. Civil case terminated. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.